**UNDER SEAL**

FILED '09 JAN 09 11:22 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JEFFREY RAY THOMPSON,   )<br>  )<br>           Defendant.   ) | NO. CR 09-30003·PA<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br><br>(UNDER SEAL) |

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

On or about June 2008, in the District of Oregon, defendant JEFFREY RAY THOMPSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year as defined in Title 18, United States Code, Section 921(a)(20), to wit: Assault With Great Bodily Injury in California in 2002, and Battery with a Deadly Weapon in Nevada in 1996, did unlawfully and knowingly possess one or more of the following firearms: a Glock 9mm Handgun, a Ruger .22 caliber rifle, 9mm ammunition, and .22 caliber ammunition, all of which had previously traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Dated this 9th day of January, 2009.

A TRUE BILL.

/s/ Grand Jury Foreperson

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney

Douglas W. Fong, OSB #84219
Assistant U.S. Attorney

PAGE 2– INDICTMENT